**STATE of Missouri, Respondent,**

v.

**Joseph L. TAYLOR, Appellant.**

No. ED 105025

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: November 21, 2017

FOR APPELLANT: Christian Lehmberg, Woodtrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, Missouri 65203.

FOR RESPONDENT: Shaun J. Mackelprang, Assistant Attorney General, PO Box 899, Jefferson City, Missouri 65102.

Before Lisa P. Page, P.J., Roy L. Richter, J. and Philip M. Hess, J.

## ORDER

PER CURIAM

Joseph Lewis Taylor was convicted following a bench trial in Warren County of second-degree domestic assault arising out of a fight between Taylor and his child's mother, M.J. ("Victim"), in their apartment. Taylor, a prior and persistent offender, was sentenced to eight years' imprisonment. Taylor appeals, contending there was insufficient evidence to support his conviction because the State failed to prove he choked and punched Victim. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).